| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Christopher Hagen Allen** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | **April Danielle Allen** | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Colonial Loan**<br><br>Description of property securing debt: **2002 Chevrolet Truck 166,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Reaffirm at fair market value** | ☐ No<br><br>■ Yes |
| Creditor's name: **OneMain Financial**<br><br>Description of property securing debt: **2010 Polaris Ranger** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Reaffirm at fair market value** | ☐ No<br><br>■ Yes |
| Creditor's name: **Regional Acceptance Corporation**<br><br>Description of property: **2012 Chevrolet Equinox 129,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Debtor 1  **Christopher Hagen Allen**
Debtor 2  **April Danielle Allen**                                          Case number *(if known)*

securing debt:                           **Reaffirm at fair market value**

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **AT&T/Direct TV** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Satellite Contract** | |
| Lessor's name: | **Verizon Wireless** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Cell Phone Contract** | |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

Debtor 1    **Christopher Hagen Allen**
Debtor 2    **April Danielle Allen**                                                                          Case number *(if known)*

### Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ Christopher Hagen Allen**                                    X    **/s/ April Danielle Allen**
     **Christopher Hagen Allen**                                             **April Danielle Allen**
     Signature of Debtor 1                                                    Signature of Debtor 2

     Date    **September 12, 2019**                                     Date    **September 12, 2019**

# United States Bankruptcy Court
### Eastern District of Tennessee

In re: **Christopher Hagen Allen**
**April Danielle Allen**
Debtor(s)

Case No.
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, the foregoing Statement of Intention was filed electronically. Notice of this filing and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the Chapter 7 Trustee and the United States Trustee. All parties may access this filing through the Court's electronic filing system.

The following parties will be served by United States Postal Service first class mail, postage prepaid:

**AT&T/Direct TV**
**Attn: Bankruptcies**
**PO Box 6550**
**Greenwood Village, CO 80155-6550**

**Colonial Loan**
**800 S Cumberland**
**Morristown, TN 37815**

**OneMain Financial**
**Attn: Bankruptcy**
**601 Nw 2nd St #300**
**Evansville, IN 47708**

**Regional Acceptance Corporation**
**Attn: Bankruptcy**
**PO Box 1487**
**Wilson, NC 27858**

**Verizon Wireless**
**1701 Golf Road, Bldg 2**
**Rolling Meadows, IL 60008-4731**

/s/ Mark Albert Skelton
**Mark Albert Skelton**
**Law Office of Mark A. Skelton**
**121 South Depot Street**
**Rogersville, TN 37857**
**423-272-4812 Fax:423-272-0712**
**markskelton@markskelton.com**